AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ericksen, Joan N. | U.S. District Court - Minnesota | 04/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

12W United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Committee Member | NCBE, Multistate Bar Drafting Committee |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Minnesota State Judge Defined Benefit Retirement Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | National Conference of Bar Examiners | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Foundation, Inc. | Jan. 25-28, 2018 | Key Largo, FL | Law and Economics Case Analysis Seminar for Federal Judges | Transportation, lodging, and meals |
| 2. | National Conference of Bar Examiners | Mar. 15-18, 2018 | Charleston, SC | Prepare bar examination questions | Transportation, lodging, and meals |
| 3. | Kaufman Securities Law | Apr. 6-9, 2018 | New York, NY | Moot Court Judge | Transportation, lodging, and meals |
| 4. | American Association for Justice | July 10, 2018 | Denver, CO | Meeting | Transportation and meals |
| 5. | National Conference of Bar Examiners | Sept. 6-8, 2018 | Minneapolis, MN | Prepare bar examination questions | Transportation, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

6.    Lawyers for Civil Justice     Sept. 14, 2018     Washington, DC     Meeting     Transportation, lodging, and meals

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Advisor 529 Aggressive Growth Cl C (FFCGX) | | None | K | T | | | | | |
| 2. Trust #1 (H) | | | | | | | | | |
| 3. Charles Schwab Cash (cash account) (Y) | | | | | | | | | |
| 4. Accenture PLC Class A (ACN) | A | Dividend | K | T | Sold (part) | 01/23/18 | J | | |
| 5. Becton Dickinson & Co (BDX) | | None | | | Buy | 01/02/18 | J | | |
| 6. | | | | | Sold | 01/09/18 | J | | |
| 7. Check PT Software (CHKP) | | None | J | T | Buy (add'l) | 06/05/18 | J | | |
| 8. Church & Dwight Co (CHD) | A | Dividend | K | T | Buy | 04/24/18 | K | | |
| 9. | | | | | Sold (part) | 10/24/18 | J | | |
| 10. | | | | | Sold (part) | 11/02/18 | J | | |
| 11. Cognizant Tech Solu Class A (CTSH) | A | Dividend | K | T | Sold (part) | 03/06/18 | J | | |
| 12. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 13. CR Bard Incorporate (BCR) | | None | | | Sold | 01/02/18 | K | | |
| 14. CVS Health Corp (CVS) | A | Dividend | K | T | Buy (add'l) | 03/23/18 | J | | |
| 15. Danaher Corp (DHR) | A | Dividend | K | T | | | | | |
| 16. Ecolab Inc (ECL) | A | Dividend | K | T | | | | | |
| 17. Expeditors Intl Wash (EXPD) | A | Dividend | K | T | Sold (part) | 05/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fastenal Co (FAST) | A | Dividend | K | T | Sold (part) | 08/03/18 | J | | |
| 19. Fedex Corporation (FDX) | A | Dividend | K | T | Sold (part) | 01/23/18 | J | | |
| 20. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 21. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 22. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 23. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 24. Franklin Resources (BEN) | B | Dividend | J | T | Buy (add'l) | 04/16/18 | J | | |
| 25. Illinois Tool Works (ITW) | A | Dividend | K | T | Buy (add'l) | 08/02/18 | J | | |
| 26. Johnson & Johnson (JNJ) | A | Dividend | K | T | Sold (part) | 06/15/18 | J | | |
| 27. Johnson Ctls Intl (JCI) | A | Dividend | | | Sold | 04/23/18 | J | | |
| 28. Medtronic PLC (MDT) | A | Dividend | K | T | | | | | |
| 29. Microsoft Corp (MSFT) | A | Dividend | K | T | Sold (part) | 06/12/18 | J | | |
| 30. Novartis AG ADR (NVS) | A | Dividend | | | Buy (add'l) | 06/05/18 | J | | |
| 31. | | | | | Sold | 07/11/18 | K | | |
| 32. Proctor & Gamble (PG) | A | Dividend | K | T | Buy (add'l) | 02/09/18 | J | | |
| 33. Qualcomm Inc (QCOM) | A | Dividend | K | T | Buy (add'l) | 06/05/18 | J | | |
| 34. | | | | | Sold (part) | 09/18/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 36. Sherwin Williams Co (SHW) | A | Dividend | K | T | | | | | |
| 37. Snap On Inc (SNA) | A | Dividend | K | T | Buy | 01/10/18 | K | | |
| 38. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 39. Stryker Corp (SYK) | A | Dividend | K | T | | | | | |
| 40. Thermo Fisher Scientific (TMO) | A | Dividend | K | T | Sold (part) | 01/29/18 | J | | |
| 41. | | | | | Sold (part) | 08/03/18 | J | | |
| 42. Visa Inc Class A (V) | A | Dividend | K | T | Sold (part) | 05/18/18 | J | | |
| 43. Wal-mart Stores Inc (WMT) | A | Dividend | K | T | Buy (add'l) | 05/21/18 | J | | |
| 44. | | | | | Sold (part) | 11/14/18 | J | | |
| 45. Walgreens Boots Alliance (WBA) | A | Dividend | K | T | Buy | 07/12/18 | K | | |
| 46. | | | | | Sold (part) | 11/28/18 | J | | |
| 47. Walt Disney Co (DIS) | A | Dividend | K | T | | | | | |
| 48. IRA #1 (H) | | | | | | | | | |
| 49. Charles Schwab Cash (cash account) (Y) | | | | | | | | | |
| 50. Accenture PLC Class A (ACN) | A | Dividend | K | T | | | | | |
| 51. Becton Dickinson & Co (BDX) | | None | | | Buy | 01/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 01/09/18 | J | | |
| 53. Check PT Software (CHKP) | | None | K | T | Buy (add'l) | 06/05/18 | J | | |
| 54. Church & Dwight Co (CHD) | A | Dividend | K | T | Buy | 04/24/18 | K | | |
| 55. | | | | | Sold (part) | 08/31/18 | J | | |
| 56. | | | | | Sold (part) | 11/02/18 | J | | |
| 57. Cognizant Tech Solu Class A (CTSH) | A | Dividend | K | T | Sold (part) | 02/28/18 | J | | |
| 58. | | | | | Sold (part) | 03/06/18 | J | | |
| 59. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 60. CR Bard Incorporate (BCR) | | None | | | Sold | 01/02/18 | K | | |
| 61. CVS Health Corp (CVS) | A | Dividend | K | T | Buy (add'l) | 02/28/18 | J | | |
| 62. Danaher Corp (DHR) | A | Dividend | K | T | | | | | |
| 63. Ecolab Inc (ECL) | A | Dividend | K | T | | | | | |
| 64. Expeditors Intl Wash (EXPD) | A | Dividend | K | T | Sold (part) | 05/17/18 | J | | |
| 65. Fastenal Co (FAST) | A | Dividend | K | T | | | | | |
| 66. Fedex Corporation (FDX) | A | Dividend | K | T | Sold (part) | 01/23/18 | J | | |
| 67. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 68. | | | | | Buy (add'l) | 10/29/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 70. Franklin Resources (BEN) | B | Dividend | K | T | Buy (add'l) | 02/09/18 | J | | |
| 71. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 72. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 73. Illinois Tool Works (ITW) | A | Dividend | K | T | Buy (add'l) | 10/30/18 | J | | |
| 74. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy (add'l) | 06/15/18 | J | | |
| 75. | | | | | Sold (part) | 10/29/18 | J | | |
| 76. Johnson Ctls Intl (JCI) | A | Dividend | | | Buy (add'l) | 01/12/18 | J | | |
| 77. | | | | | Sold | 04/23/18 | K | | |
| 78. Medtronic PLC (MDT) | A | Dividend | K | T | Sold (part) | 02/28/18 | J | | |
| 79. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 80. Microsoft Corp (MSFT) | A | Dividend | K | T | Sold (part) | 01/23/18 | J | | |
| 81. | | | | | Sold (part) | 06/12/18 | J | | |
| 82. Novartis AG ADR (NVS) | A | Dividend | | | Buy (add'l) | 06/05/18 | J | | |
| 83. | | | | | Sold | 07/11/18 | K | | |
| 84. Proctor & Gamble (PG) | A | Dividend | K | T | Buy (add'l) | 02/09/18 | J | | |
| 85. Qualcomm Inc (QCOM) | A | Dividend | K | T | Sold (part) | 09/18/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 87. Sherwin Williams Co (SHW) | A | Dividend | K | T | Sold (part) | 08/03/18 | J | | |
| 88. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 89. Snap On Inc (SNA) | A | Dividend | K | T | Buy | 01/10/18 | K | | |
| 90. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 91. Stryker Corp (SYK) | A | Dividend | K | T | Sold (part) | 01/29/18 | J | | |
| 92. Thermo Fisher Scntfc (TMO) | A | Dividend | K | T | Sold (part) | 08/03/18 | J | | |
| 93. Visa Inc Class A (V) | A | Dividend | K | T | Sold (part) | 01/23/18 | J | | |
| 94. | | | | | Sold (part) | 09/17/18 | J | | |
| 95. Wal-mart Stores Inc (WMT) | A | Dividend | K | T | Sold (part) | 01/29/18 | J | | |
| 96. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 97. | | | | | Sold (part) | 10/29/18 | J | | |
| 98. Walgreens Boots Alliance (WBA) | A | Dividend | K | T | Buy | 07/12/18 | K | | |
| 99. Walt Disney Co (DIS) | A | Dividend | K | T | | | | | |
| 100. IRA #2 (H) | | | | | | | | | |
| 101. Charles Schwab Cash ( cash account) (Y) | | | | | | | | | |
| 102. Accenture PLC Class A (ACN) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Becton Dickinson & Co (BDX) | | None | | | Buy | 01/02/18 | J | | |
| 104. | | | | | Sold | 01/09/18 | J | | |
| 105. Check PT Software (CHKP) | | None | J | T | | | | | |
| 106. Church & Dwight Co (CHD) | A | Dividend | J | T | Buy | 04/24/18 | J | | |
| 107. | | | | | Sold (part) | 10/24/18 | J | | |
| 108. Cognizant Tech Solu Class A (CTSH) | A | Dividend | J | T | Sold (part) | 02/28/18 | J | | |
| 109. CR Bard Incorporate (BCR) | | None | | | Sold | 01/02/18 | J | | |
| 110. CVS Health Corp (CVS) | A | Dividend | J | T | Buy (add'l) | 02/28/18 | J | | |
| 111. Danaher Corp (DHR) | A | Dividend | J | T | | | | | |
| 112. Ecolab Inc (ECL) | A | Dividend | J | T | | | | | |
| 113. Expeditors Intl Wash (EXPD) | A | Dividend | J | T | Sold (part) | 05/17/18 | J | | |
| 114. Fastenal Co (FAST) | A | Dividend | J | T | | | | | |
| 115. Fedex Corporation (FDX) | A | Dividend | J | T | Sold (part) | 01/23/18 | J | | |
| 116. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 117. Franklin Resources (BEN) | A | Dividend | J | T | Buy (add'l) | 08/03/18 | J | | |
| 118. Illinois Tool Works (ITW) | A | Dividend | J | T | | | | | |
| 119. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy (add'l) | 06/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Johnson Ctls Intl (JCI) | A | Dividend | | | Buy (add'l) | 01/12/18 | J | | |
| 121. | | | | | Sold | 04/23/18 | J | | |
| 122. Medtronic PLC (MDT) | A | Dividend | J | T | Sold (part) | 02/28/18 | J | | |
| 123. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 124. Microsoft Corp (MSFT) | A | Dividend | J | T | Sold (part) | 01/23/18 | J | | |
| 125. Novartis AG ADR (NVS) | A | Dividend | | | Buy (add'l) | 06/19/18 | J | | |
| 126. | | | | | Sold | 07/11/18 | J | | |
| 127. Proctor & Gamble (PG) | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 128. Qualcomm Inc (QCOM) | A | Dividend | J | T | | | | | |
| 129. Sherwin Williams Co (SHW) | A | Dividend | J | T | Sold (part) | 08/03/18 | J | | |
| 130. Snap On Inc (SNA) | A | Dividend | J | T | Buy | 01/10/18 | J | | |
| 131. Stryker Corp (SYK) | A | Dividend | J | T | | | | | |
| 132. Thermo Fisher Scntfc (TMO) | A | Dividend | J | T | | | | | |
| 133. Visa Inc Class A (V) | A | Dividend | J | T | Sold (part) | 01/23/18 | J | | |
| 134. Wal-mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 135. Walgreens Boots Alliance (WBA) | A | Dividend | J | T | Buy | 07/12/18 | J | | |
| 136. Walt Disney Co (DIS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/24/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan N. Ericksen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544